THE W. J. JOHNSTON COMPANY (Limited), Appellant, *v.*
WALTER T. HUNT et al., Respondents.

(Argued March 7, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 16, 1892, which affirmed a judgment in favor of defendants entered upon an order dismissing the complaint on trial at Circuit.

*Thomas J. Keigharn* for appellant.

*John Henry Hull* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.